CMR: USAO#2018R00434

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

DEVON DENZEL THOMPSON,

Defendant

\*          CRIMINAL NO. GLR-19-074
\*
\*          (Possession with Intent to Distribute
\*          Fentanyl, 21 U.S.C. § 841; Felon in
\*          Possession of A Firearm, 18 U.S.C.
\*          § 922(g)(1); Forfeiture, 21 U.S.C. § 853,
\*          18 U.S.C. § 924(d))
\*
\*
\*
\*
\*

## INDICTMENT

### COUNT ONE
(Possession with Intent to Distribute Fentanyl)

The Grand Jury for the District of Maryland charges that:

On or about March 16, 2018, in the District of Maryland, the defendant,

**DEVON DENZEL THOMPSON,**

did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 841(b)(1)(A).

1

## COUNT TWO
### (Felon In Possession)

The Grand Jury for the District of Maryland further charges that:

On or about March 16, 2018, in the District of Maryland, the defendant,

## DEVON DENZEL THOMPSON,

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess in and affecting interstate commerce a firearm, that is, a Ruger LCP .380 handgun bearing serial number 377-09196.

18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS

The Grand Jury further finds that:

1. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of 18 U.S.C. § 841 as set forth in Count One, the defendant shall forfeit to the United States of America:

   a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

   b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

2. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

3. As a result of the offenses set forth in Count Two of this indictment, the Defendant,

**DEVON DENZEL THOMPSON,**

shall forfeit to the United States the firearm identified in Count Two of the indictment.

3


21 U.S.C. § 853; 18 U.S.C. § 924(d); 28 U.S.C. § 2461(c); Rule 32.2(a).

*Robert K. Hur*
Robert K. Hur
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: February 13, 2019

4