

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Christopher M. Rigali* | *Suite 400* | *DIRECT: 410-209-4831* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Christopher.Rigali@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-3124* |

June 26, 2019

The Honorable George L. Russell, III
United States District Judge
District of Maryland
Edward A. Garmatz United States District Courthouse
101 W. Lombard Street
Baltimore, MD 21201

      Re: *United States v. Devon Denzel Thompson*, 1:19-cr-0074

Dear Judge Russell:

      We write with the consent of defense counsel to provide a joint status report in the above-referenced case. The parties have been actively engaged in plea negotiations and are optimistic about the chances of reaching an agreement in the next 30 days. The parties will contact chambers if and when an agreement is reached. Otherwise, the parties request to file an additional status report 30 days from now.

      Very truly yours,

      Robert K. Hur
      United States Attorney

      Christopher M. Rigali
      Lauren E. Perry
      Assistant United States Attorneys

cc: Andrew R. Szekely, AFPD